■ Laara Raynier, Appellant, v 159 Eluji Associates, LLC, Respondent. [938 NYS2d 803]

The motion court correctly determined that neither Real Property Law § 234 nor the plain terms of the lease provided for recovery of attorneys' fees incurred as a result of an administrative application before the New York State Division of Housing and Community Renewal (see e.g. Matter of Chessin v New York City Conciliation & Appeals Bd., 100 AD2d 297, 305-306 [1984]). Concur—Mazzarelli, J.P., Andrias, Catterson, Abdus-Salaam and Manzanet-Daniels, JJ.